UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
STACEY MERCER                                    CASE NO.: 1:20-cv-09945-GHW
*an individual*,
           Plaintiff,

                                                               NOTICE OF VOLUNTARY
                                                               DISMISSAL WITHOUT PREJUDICE
      v.

TAR HEEL MOTEL OF OBX, LLC,
*a North Carolina limited liability company,*

           Defendant.
------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff STACEY MERCER by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice as to defendant TAR HEEL MOTEL OF OBX, LLC.

DATED: Garden City, New York
            February 24, 2021

                                                           Respectfully submitted,

                                                           **Bashian & Papantoniou, P.C.**
                                                           *Attorneys for Plaintiff*
                                                          500 Old Country Road, Ste. 302
                                                          Garden City, NY 11530
                                                          Tel:    (516) 279-1554
                                                          Fax:   (516) 213-0339

                                                          *By: /s/ Erik M. Bashian*
                                                          **ERIK M. BASHIAN, ESQ.**
                                                          eb@bashpaplaw.com

81247v1